UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

LORI L. HAWK,

                            Plaintiff,

              v.                                Civil No. 06-1746-HO

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

                            Defendant.

## JUDGMENT

Pursuant to sentence four of 42 U.S.C. §405(g), this action is reversed and remanded to the Commissioner for further administrative proceedings.

Dated: December 27, 2007

                                        /s/ Michael R. Hogan
                                        United States District Judge

**JUDGMENT**                                     **DOCUMENT NO:** _____